The Brooklyn Savings Bank v. The Joseph Wechsler Estate and Others, Impleaded with Louis Wechsler, Individually and as Executor, etc., of Abram Wechsler, Otherwise Known as Abraham Wechsler, Deceased, and Others.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of the Mt. Hope Development Corporation for a Certiorari Order to Review the Findings and Determination of Darwin R. James and Others, as Members of the State Board of Housing of the State of New York, Division of Architecture, in Respect to Application Submitted by Jacob Leitner and Others on Behalf of a Proposed Limited Dividend Housing Corporation, to be Known as The Academy Housing Corporation, for the Purpose of Obtaining Approval Pursuant to the State Housing Law, of Eight Projects Relating to Property and Proposed Improvements on a Plot of Land Situated on Lot 1, Block 3519 on the Land Map of the County of Bronx.— Motion for leave to appeal granted. Motion for reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Proceedings Supplementary to Execution: Gifford Wood Company v. Gordon Davis Engineering Co., Inc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Louise Dinehart v. Allan Dinehart.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Louise Dinehart v. Allan Dinehart.— Motion granted on condition that defendant continue paying the $100 per week as directed by the order to show cause dated August 15, 1931, and procure the appeal to be argued or submitted on or before November 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Florence Jane Foreman v. Winfield A. Foreman.— Motion granted so far as to stay all proceedings on the part of the plaintiff under order of the Supreme Court, New York county, entered on July 20, 1931, pending the hearing and determination by this court of the appeal taken by the defendant from said order, on condition that defendant continue paying plaintiff $300 a month and procure the record on appeal and appellant's points to be filed so that appeal can be argued or submitted on or before November 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Milton Ross and Another v. Berkshire Knitting Mills.— Motion for stay denied. Defendant's time to answer the complaint is extended until ten days after service of order of affirmance by this court entered October 16, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Elsa Karcher Mantius v. Otto Mantius.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Joshua Saperstein v. Mollie Dershowitz.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

The People of the State of New York v. Isidore Goldberg.— Motion granted, and the time of appellant within which to file the record on appeal and appellant's points extended until November 24, 1931, with notice of argument for December 8, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary Fishner v. Emanuel M. Fishner.— Motion granted so far as to stay